IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE NOEL L. HILLMAN

| | |
|---|---|
| FIRST COLONIAL INSURANCE COMPANY and STONCOR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CUSTOM FLOORING, INC. and FARMERS INSURANCE EXCHANGE COMPANY, <br><br> Defendants. | Civil No. 06-3998-NLH-AMD |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on March 23, 2007; and the Court noting the following appearances: Sean T. O'Meara, Esquire, and Scott C. Matasar, Esquire, appearing on behalf of the plaintiffs; and John D. Shea, Esquire, appearing on behalf of the defendant Custom Flooring, Inc.; and Siobhán M. Murphy, Esquire, appearing on behalf of the defendant Farmers Insurance Exchange.

IT IS this **28th** day of **March 2007,** hereby **ORDERED:**

1. The time within which to seek amendments to the pleadings or to add new parties will expire on **July 30, 2007.**

2. Pretrial factual discovery is hereby extended to **October 30, 2007.** All pretrial discovery shall be concluded by that date.

3. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in Hall v. Clifton Precision, 150 F.R.D. 525 (E.D.Pa. 1993).

      4.  The Court will conduct a telephone status conference on **July 11, 2007 at 11:30 A.M.**.  Counsel for plaintiffs shall initiate the telephone call.

      5.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

      6.  **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                      s/ Ann Marie Donio
                        ANN MARIE DONIO
                        United States Magistrate Judge

cc:  Hon. Noel L. Hillman