**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FIRST COLONIAL INSURANCE COMPANY and STONCOR GROUP, INC., Plaintiffs, | : : : : : | Civil Action No. 06-3998(NLH) |
| v. | : : | **ORDER** |
| CUSTOM FLOORING, INC. and FARMERS INSURANCE EXCHANGE COMPANY, Defendants. | : : : : : | |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 4th day of June, 2007, that Defendants' motion to dismiss Plaintiffs' Complaint [17, 37] are **GRANTED**.

s/ Noel L. Hillman

At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.